# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

DAVID E. DEWBERRY,

        Plaintiff,

v.

        CIVIL CASE NO. 06-12181
        HON. MARIANNE O. BATTANI

MICHIGAN BASIC PROPERTY
INSURANCE ASSOCIATION,

        Defendant.

_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

The Court having reviewed the Magistrate Judge's Report and Recommendation, filed on October 16, 2006, and no objections having been filed thereto,

**IT IS SO ORDERED** that the Report and Recommendation is **ADOPTED** and that Defendant's Motion to Dismissed is **GRANTED.  IT IS FURTHER ORDERED** that Plaintiff's Complaint is **DISMISSED WITH PREJUDICE.**

**IT IS SO ORDERED.**

        S/Marianne O. Battani
        MARIANNE O. BATTANI
        UNITED STATES DISTRICT JUDGE

DATED: November 9, 2006

**CERTIFICATE OF SERVICE**

    A Copy of this Order was mailed to the parties and/or attorneys on this date by ordinary mail and electronic filing.

s/Bernadette M. Thebolt  
DEPUTY CLERK
